**VERONIC A.F. NEBB**
City Attorney, SBN 140001
**BY:    KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO
and MATTHEW KOMODA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRYSON JONES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, individually and in his capacity as an official officer of the CITY; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No:  2:24-cv-01199-CSK<br><br>**STIPULATION, REQUEST, AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, OR IN THE ALTERNATIVE TO SUBMIT WITHOUT ORAL ARGUMENT** |

**WHEREAS,** on July 29, 2024 Defendants filed a Motion to Dismiss (Dkt 10), which is currently set for hearing on September 3, 2024;

**WHEREAS,** Plaintiff's counsel will be out of town on vacation and unavailable on that date;

**NOW THEREFORE**, the parties stipulate to and request an order vacating the hearing date and taking the Motion to Dismiss under submission without oral argument, or in the alternative continuing the hearing on Defendants' Motion to Dismiss to October 15, 2024.

**SO STIPULATED.**

DATED: August 22, 2024

                                                    /s/ Katelyn M. Knight
                                                    KATELYN M. KNIGHT
                                                    Assistant City Attorney
                                                    Attorney for Defendants CITY OF VALLEJO and MATTHEW KOMODA

Dated: August 22, 2024

                                                    /s/ James Cook
                                                    JAMES COOK
                                                    Attorney for Plaintiff BRYSON JONES

# ORDER

Upon stipulation of all parties and good cause therefore:

The hearing date on Defendants' Motion to Dismiss is hereby continued to October 15, 2024 at 10:00 a.m.

**SO ORDERED.**

Dated: 08/22/24

                                                                                         _____
                                                                                         CHI SOO KIM
                                                                                         UNITED STATES MAGISTRATE JUDGE

4, jone1199.24