VERONIC A.F. NEBB
City Attorney, SBN 140001
BY:    KATELYN M. KNIGHT
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and MATTHEW KOMODA

JOHN L. BURRIS Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK Esq., SBN 300212
**BURRIS, NISENBAUM, CURRY AND LACY, LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiffs BRYSON JONES

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRYSON JONES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, individually and in his capacity as an official officer of the CITY; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>    Defendants. | **Case No. 2:24-cv-01199-CSK**<br><br>**STIPULATION, REQUEST, AND [PROPOSED] ORDER TO SUBMIT WITHOUT ORAL ARGUMENT** |

**WHEREAS,** on July 29, 2024 Defendants filed a Motion to Dismiss (Dkt 10), which was initially set for hearing on September 3, 2024;

**WHEREAS** on August 21, 2024, the parties submitted a stipulation to and request for an order continuing the hearing on Defendants' Motion to Dismiss to October 15, 2024, or in the

alternative an order vacating the hearing date and taking the Motion to Dismiss under submission without oral argument based on a scheduling conflict;

**WHEREAS** on August 22, 2024, the Court issued an order continuing the hearing on Defendants' Motion to Dismiss to October 15, 2024;

**NOW THEREFORE** the parties stipulated to and request an order vacating the hearing on Defendants' Motion to Dismiss to October 15, 2024 and taking the Motion to Dismiss under submission without oral argument.

**SO STIPULATED.**

DATED: October 9, 2024                    /s/ Katelyn M. Knight
                                          KATELYN M. KNIGHT
                                          Assistant City Attorney

                                          Attorney for Defendants CITY OF
                                          VALLEJO and MATTHEW KOMODA

DATED: October 9, 2024                    /s/ James Cook (with authorization)
                                          JAMES COOK

                                          Attorney for Plaintiff BRYSON JONES

**ORDER**

Upon stipulation of all parties and good cause therefore:

Defendants' Motion to Dismiss shall be taken under submission without oral argument. The October 15, 2024 hearing on Defendants' Motion to Dismiss is hereby vacated.

**SO ORDERED.**


DATED:  October 10, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, jone1199.24

- 3 -    STIPULATION TO VACATE