UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYSON JONES, | Case No. 2:24-cv-01199-CSK |
| Plaintiff, | |
| v. | ORDER FOR JOINT SCHEDULING REPORT |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This action has been assigned to Magistrate Judge Chi Soo Kim upon the consent of all parties pursuant to 28 U.S.C. § 636(c). (ECF No. 9.) Defendants City of Vallejo and Matthew Komoda have answered Plaintiff Bryson Jones' First Amended Complaint ("FAC"). (ECF No. 18.) There are no other defendants named in the FAC.[1] (*See* ECF No. 7.) Parties have also filed a joint status report. (ECF No. 19.) Thus, this case is ripe for scheduling.

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. An initial pretrial scheduling conference shall be held on Tuesday, April 8, 2025 at

---

[1] Plaintiff also names Defendants Does 1-50 in the First Amended Complaint. (*See* ECF No. 7 ¶ 7.)

10:00 a.m. in Courtroom 25 before the undersigned.

2. Within fourteen (14) days of the April 8, 2025 scheduling conference, the parties shall file a further Joint Status Report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order. In addition to the requirements of Local Rule 240(a), the parties shall also address the following in their Joint Status Report:

   a) The parties' estimated length of trial, and whether the case will be tried to a jury or to the bench;
   b) Whether Defendants Does 1-50 will be dismissed by Plaintiff, and if not, when Plaintiff will identify and amend to name additional defendants currently identified as Doe Defendants;
   c) In the proposed schedule presented pursuant to Local Rule 240(a)(11), include proposed dates for the filing of a Joint Mid-Discovery Statement, which should occur at a mid-point during the fact discovery time period; and the final pretrial conference, which should occur at least four weeks before the proposed trial date. The parties' proposed trial date should occur approximately three months after the dispositive motion hearing deadline; and
   d) In the proposed schedule for expert disclosures presented pursuant to Local Rule 240(a)(11), include proposed dates for initial expert disclosures and rebuttal expert disclosures.

3. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for civil motions and discovery joint statements. The parties are responsible for knowing and complying with the Court's standing orders.

4. The parties have requested a settlement conference before Chief Magistrate Judge Carolyn K. Delaney. The parties are directed to contact Judge Delaney's

courtroom deputy at lkennison@caed.uscourts.gov, to inquire as to the availability of a settlement conference. Parties should communicate the specific time frame when they would like the settlement conference held.

5. The parties are further reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* Local Rule 160.

Dated:  03/07/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, jone1199.24